IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK SHILLER, | ) | |
| | ) | 8:03CV365 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| SARPY COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that, in the interest of judicial economy, this case is reassigned to Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and pretrial matters.

**DATED: May 11, 2005**

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge