IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK SHILLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV365 |
| | ) | |
| v. | ) | |
| | ) | |
| SARPY COUNTY and JEFF DAVIS, | ) | AMENDED TRIAL ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the court's own motion,

**IT IS ORDERED**:

1. The jury trial of this matter is continued from August 8, 2005 to **September 20, 2005.**

2. Counsel shall comply with the requirements of Judge Smith Camp's ORDER RE: TRIAL PREPARATION (#195) and provide any necessary materials or information to Judge Smith Camp by **September 6, 2005**.

**DATED July 25, 2005.**

                                              **BY THE COURT:**

                                              s/ F.A. Gossett
                                              **United States Magistrate Judge**